1  PATRICIA L. McCABE
   California State Bar No. 156634
2  7100 Hayvenhurst Avenue, Suite 314
   Van Nuys, CA 91406
3  Telephone: (818) 907- 9726
   Facsimile: (818) 907-6384
4  E-mail: PLMCCABE@aol.com

5  Attorney for Plaintiff,
   IRMA PEREZ

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                        WESTERN DIVISION

11 IRMA PEREZ,                    ) Case No.: CV 07-06726 MAN
                                  )
12         Plaintiff,             )
   v.                             ) [proposed] ORDER FOR AN AWARD OF
13                                ) ATTORNEY'S FEES UNDER THE
   MICHAEL J. ASTRUE,             ) EQUAL ACCESS TO JUSTICE
14 Commissioner, Social           ) ACT (EAJA)
   Security Administration,       )
15                                )
           Defendant.             ) Magistrate Judge: Hon. Margaret A. Nagle
16 _____)

17     Based upon the parties' Stipulation for Award of EAJA Fees (Stipulation),

18 IT IS ORDERED that Plaintiff's Counsel, as Plaintiff's assignee, shall be awarded

19 attorney fees under the Equal Access to Justice Act (EAJA) in the amount of Five

20 Thousand Three Hundred and 00/100 Dollars ($5,300.00), pursuant to 28 U.S.C. §

21 2412(d), and costs in the amount of Forty Nine and 48/100 Dollars ($49.48), pursuant

22 to 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

23     IT IS SO ORDERED.

24

25 Date: January 13, 2010

26                                          *Margaret A. Nagle*
                                    _____
27                                      MARGARET A. NAGLE
                                    UNITED STATES MAGISTRATE JUDGE
28